IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| DAVID LEE OLIVER, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:09-CV-0106 |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On July 21, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied as petitioner did not lose any previously accrued good time credits as a result of the disciplinary case being challenged. On August 3, 2009, petitioner filed objections to the Report and Recommendation arguing that even though he did not lose previously accrued good time credits as a result of the disciplinary proceeding herein challenged, his petition should not be denied because the disciplinary cases are false and retaliatory and have deprived petitioner from earning good time resulting in a delay in his release to mandatory supervision. Petitioner also argues the Court should consider that petitioner has previously lost accrued good time credits as a result of other disciplinary proceedings not being challenged in this petition.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this ___10th___ day of ___August___ 2009.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE